# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00374-CV

**Mohammad Mahmood, Appellant**

**v.**

**John Ward, Susan Ward, and Amanda Slahetka, Appellees**

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 19-3679-FC1, THE HONORABLE RICK J. KENNON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Mohammad Mahmood, appearing pro se, filed a notice of appeal on July 21, 2020, seeking review of unspecified orders that, according to Mahmood, were signed by the trial court on March 23 and March 28, 2020.

On September 9, 2020, the Clerk of this Court sent notice to Mahmood that it appears that this Court lacks jurisdiction over his appeal because (1) the record does not contain a final judgment, and this Court's jurisdiction is generally limited to appeals from final judgments and certain interlocutory orders as authorized by statute, *see Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001), and (2) his notice of appeal, purporting to appeal from orders signed in March 2020, is untimely, *see* Tex. R. App. P. 26.1 (stating deadlines for filing notice of appeal in civil cases). The Clerk requested that Mahmood file a response by September

21, 2020, explaining how this Court may exercise jurisdiction over this appeal and advised him that the failure to do so would result in the dismissal of this appeal. *See* Tex. R. App. P. 42.3(a).

To date, Mahmood has not responded to this Court's letter, and no supplemental clerk's record containing a final judgment or other appealable order to support this Court's jurisdiction has been filed. Because Mahmood has failed to demonstrate this Court's jurisdiction over this appeal, we dismiss it for want of jurisdiction. *See id.*

_____

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Baker and Kelly

Dismissed for Want of Jurisdiction

Filed:   September 25, 2020